UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

JUSTIN BERRIOS,

          Plaintiff,

-against-

COLLINS BUILDING SERVICES, INC.,

          Defendant.

Case No. 1:21-cv-04386

## STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE

IT IS HEREBY STIPULATED AND AGREED by and between Plaintiff Justin Berrios and Defendant Collins Building Services, Inc., by and through their undersigned counsel, that the above-captioned action be and is hereby dismissed, with prejudice, and with no award of attorneys' fees or costs by the Court to any party.

BROOKLYN LEGAL SERVICES
105 Court Street
Brooklyn, NY 11201
Tel: (718) 237-5571

By: _____
Catherine F. Bowman, Esq.

ATTORNEYS FOR PLAINTIFF

Dated: June 28, 2022

JACKSON LEWIS P.C.
666 Third Avenue, 29th Floor
New York, New York 10017
Tel: (212) 545-4000

By: _____
Daniel D. Schudroff, Esq.

ATTORNEYS FOR DEFENDANT

Dated: June 30, 2022


s/ LDH       7/5/2022
The Honorable LaShann DeArcy Hall
United States District Judge

4859-8270-5677, v. 2